# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CLARENCE STEWART

VERSUS

SHAWN WINCHESTER, ET AL.

CIVIL ACTION

NO. 19-414-JWD-RLB

## ORDER

This matter comes before the Court on the plaintiff's Complaint (R. Doc. 1).

At the time the Complaint was filed, the *pro se* plaintiff was an inmate incarcerated at the Ascension Parish Correctional Center ("APCC"), Donaldsonville, Louisiana, and filed this action pursuant to 42 U.S.C. § 1983 against defendants Shawn Winchester and Pawlet Turner alleging that the defendants have been deliberately indifferent to his health and safety. A review of the records of this Court reflects that the plaintiff has, on three or more prior occasions while incarcerated, brought actions or appeals in the federal court that have been dismissed as frivolous, malicious, or for failure to state a claim.[1]

On July 17, 2019, the plaintiff filed into the record correspondence indicating that he has been released from APCC. Accordingly, the plaintiff is no longer subject to the three strike rule pursuant to 28 U.S.C. § 1915(g).

A review of the record in this matter shows that the plaintiff has not paid the filing fee or filed a motion to proceed in forma pauperis in this matter, therefore;

---

[1] Cases filed by the plaintiff that have been dismissed by the federal courts as frivolous, malicious, or for failure to state a claim include, but are not limited to, *Clarence Tyrone Stewart, Jr. v. Elayn Hunts Correctional Center, et al.*, Civil Action No. 13-0645-JJB-RLB (M.D. La.), *Clarence Tyrone Stewart, Jr. v. Robert Penn*, Civil Action No. 12-0771-JJB-SCR (M.D. La.), *Clarence Stewart, Jr. v. Department of Corrections*, Civil Action No. 96-3431-JVP-SCR (M.D. La.), *Clarence Stewart, Jr. v. Time Picayune Newpaper Co.*, Civil Action No. 95-1756-FJP-SCR (M.D. La.), *Clarence Stewart, Jr. v. Burl Cain, et al.*, Civil Action No. 95-0707-FJP-CN (M.D. La.).

**IT IS ORDERED** that within **21 days** from the date of this order the plaintiff shall pay the filing fee in the amount of $400.00 or file a motion to proceed in forma pauperis.

Failure to comply with this order could result in the dismissal of this matter without further notice.

Signed in Baton Rouge, Louisiana, on July 19, 2019.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**