**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CLARENCE STEWART**

**CIVIL ACTION**

**VERSUS**

**NO. 19-414-JWD-RLB**

**SHAWN WINCHESTER, ET AL.**

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on August 19, 2019.

                                                       **RICHARD L. BOURGEOIS, JR.**
                                                       **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE STEWART

VERSUS

SHAWN WINCHESTER, ET AL.

CIVIL ACTION

NO. 19-414-JWD-RLB

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed his Complaint in this matter on June 24, 2019. (R. Doc. 1). Plaintiff failed to pay the filing fee in the amount of $400.00 or file a motion to proceed in forma pauperis.

On July 22, 2019, the Court ordered that "within **21 days** from the date of this order the plaintiff shall pay the filing fee in the amount of $400.00 or file a motion to proceed in forma pauperis. Failure to comply with this order could result in the dismissal of this matter without further notice." (R. Doc. 7).

Upon review of the record in this matter and upon checking with the Clerk of Court, it has been determined that Plaintiff has not paid the $400.00 filing fee or filed a motion to proceed in forma pauperis. In addition, notice was sent to Plaintiff by regular mail and there has been no returned mail, indicating that Plaintiff received notice of the court's order.

Plaintiff has not paid the filing fee of $400.00 or filed a motion to proceed in forma pauperis as ordered by the court on July 22, 2019, and consequently, has failed to timely prosecute his case.

1

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that this matter be dismissed without prejudice for Plaintiff's failure to pay the filing fee or file a motion to proceed in forma pauperis.

Signed in Baton Rouge, Louisiana, on August 19, 2019.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**