UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE STEWART

VERSUS

SHAWN WINCHESTER, ET AL.

CIVIL ACTION

NO. 19-414-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 19, 2019, to which no objection was filed;

**IT IS ORDERED** that this matter is dismissed without prejudice for Plaintiff's failure to pay the filing fee or file a motion to proceed in forma pauperis.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 23, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**